

## IN RE JOSHUA Z.

The respondent mother's petition for certification for appeal from the Appellate Court, 26 Conn. App. 58, is denied.

*William Bingham,* in support of the petition.

*Dennis Antonacci,* assistant attorney general, in opposition.

Decided December 6, 1991

---

## STATE OF CONNECTICUT *v.* DAVID SUCKLEY

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 65, is denied.

*William R. Schipul,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided December 6, 1991

---

## STATE OF CONNECTICUT *v.* SAMUEL DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 905, is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided December 6, 1991